AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:15-cv-02358-MMD-PAL**

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed, with prejudice, in its entirety for maliciousness (Count I) and for failure to state a claim (Counts II and III).

    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

May 20, 2016                                                                                 **LANCE S. WILSON**
                                                                                          Clerk

                                                                                       /s/ K. Rusin
                                                                                       Deputy Clerk